**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martin MENDOZA–PLASCENCIA,**
**Defendant–Appellant.**

No. 03–30308.
D.C. No. CR–03–00009–JWS.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Jo Ann Farrington, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff-Appellee.

Mary C. Geddes, Federal Public Defender's Office, Anchorage, AK, for Defendant-Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

Martin Mendoza–Plascencia appeals the 37–month sentence imposed following his guilty-plea conviction for unlawful reentry after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). We dismiss this appeal.

Mendoza–Plascencia challenges the district court's decision denying his requests for a downward departure based on his claims that his criminal history was over-represented, and that his alleged minimal role in his prior drug trafficking conviction took his case outside the "heartland."

Because the district court specifically declined to exercise its discretion to depart on both issues, we lack jurisdiction to address Mendoza–Plascencia's contentions. *See United States v. Ruiz,* 536 U.S. 622, 627–28, 122 S.Ct. 2450, 153 L.Ed.2d 586 (2002); *United States v. Garcia–Garcia,* 927 F.2d 489, 490 (9th Cir.1991) (per curiam).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.